IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN L. SUMRALL,

    Petitioner,                   No. 2: 11-cv-1253 KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 27, 2012, the court denied petitioner's application for a petition for writ of habeas corpus and declined to issue a certificate of appealability. (Dkt. No. 17.)

        On April 5, 2012, petitioner filed a motion for a certificate of appealability. (Dkt. No. 19.) On April 5, 2012, the Clerk of the Court terminated this motion as the court had previously declined to issue a certificate of appealability on January 27, 2012. On July 17, 2012, petitioner filed a letter requesting information regarding the status of his motion for a certificate of appealability. (Dkt. No. 20.) On July 18, 2012, the Clerk of the Court sent petitioner a notice stating that on January 27, 2012, the court declined to issue a certificate of appealability.

////

1       On August 6, 2012, petitioner filed a letter with the court stating that it is his understanding that the Ninth Circuit never received his appeal "inclusive with my request for a certificate of appealability." (Dkt. No. 21.)  Petitioner asks if he needs to re-file his appeal.  (Id.)  In response to petitioner's August 6, 2012 letter, the Clerk of the Court sent petitioner a notice stating that the court has not received a notice of appeal in this case.

       Petitioner is informed that his motion for a certificate of appealability filed April 5, 2012, did not contain a notice of appeal.  For that reason, no appeal has been processed to the Ninth Circuit Court of Appeals.  If petitioner wishes to appeal this action to the Ninth Circuit, he must file a notice of appeal.

       IT IS SO ORDERED.

DATED:  August 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sum1253.ord