IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN L. SUMRALL,

    Petitioner,                    No. 2: 11-cv-1253 KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 27, 2012, the court denied petitioner's application for a petition for writ of habeas corpus and declined to issue a certificate of appealability. (Dkt. No. 17.)

        On April 5, 2012, petitioner filed a motion for a certificate of appealability. (Dkt. No. 19.) On April 5, 2012, the Clerk of the Court terminated this motion as the court had previously declined to issue a certificate of appealability on January 27, 2012. On July 17, 2012, petitioner filed a letter requesting information regarding the status of his motion for a certificate of appealability. (Dkt. No. 20.) On July 18, 2012, the Clerk of the Court sent petitioner a notice stating that on January 27, 2012, the court declined to issue a certificate of appealability.

////

1        On August 6, 2012, petitioner filed a letter with the court stating that it is his
2 understanding that the Ninth Circuit never received his appeal "inclusive with my request for a
3 certificate of appealability." (Dkt. No. 21.)  Petitioner asks if he needs to re-file his appeal.  (Id.)
4 In response to petitioner's August 6, 2012 letter, the Clerk of the Court sent petitioner a notice
5 stating that the court has not received a notice of appeal in this case.
6        Petitioner is informed that his motion for a certificate of appealability filed April
7 5, 2012, did not contain a notice of appeal.  For that reason, no appeal has been processed to the
8 Ninth Circuit Court of Appeals.  If petitioner wishes to appeal this action to the Ninth Circuit, he
9 must file a notice of appeal.
10        IT IS SO ORDERED.
11 DATED:  August 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sum1253.ord